EXHIBIT 1



عبر الهاتف: تقي الدين الشلوي
مراسل النبأ - درنة





