# EXHIBIT 2







