EXHIBIT 3

















