IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| AIDA ELZAGALLY, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 1:19-cv-853 (LMB/MSN) |
| | ) | |
| KHALIFA HAFTAR, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

It appears to the Court that no service of the complaint on the defendant has been effected within 90 days of the filing of the complaint. Accordingly, it is hereby

ORDERED that within fourteen (14) days the plaintiff show cause, if any, why this civil action should not be dismissed pursuant to Fed. R. Civ. P. 4(m).

The Clerk is directed to forward a copy of this Order to counsel of record.

Entered this 17th day of October, 2019.

Alexandria, Virginia

/s/ 
Leonie M. Brinkema
United States District Judge