UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| AIDA ELZAGALLY, et al ) | |
| ) | |
| Plaintiffs ) | |
| ) | Case No. 1:19-cv-00853-LMB-MSNVAED |
| KHALIFA HAFTAR, individually ) | |
| last known address in Libya ) | |
| ) | |
| Defendant ) | |

**PLAINTIFFS' MEMORANDUM TO SHOW CAUSE**

Comes NOW Plaintiffs and respectfully submits this response to Court's Order to Show Cause as to why the Complaint has not been served. Plaintiffs Respectfully request thirty (30) additional days to serve this Compliant.

Defendant Haftar is in Republic of Libya and is not someplace that is well known. In addition, Libya does not have a fully functioning government. Despite that, Plaintiff is working with the government of Libya to accept service in accordance with the rules of Libya. This has proven to be a bit complicated since Libya has several governmental bodies and it has been difficult to make contact with the internationally recognized government, who is the employer of Defendant Haftar. Plaintiffs have made contact and believe that within the thirty (30) days will have Defendant Hatfar served in accordance with the rules of Libya.

Based on the foregoing, Plaintiffs respectfully request this Court grant an extension of thirty (30) days in order to serve Defendant in this matter.

Respectfully Submitted,

Faisal Gill (#VSB 93255)
Gill Law Firm
1155 F Street NW, Suite 1050
Washington DC 20005
202-570-8223
202-318-5331 (fax)
fgill@glawoffice.com
*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT FOR THE

1

EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| AIDA ELZAGALLY, as the wife of MSADDEK TUNALLI, deceased | ) ) ) |
| Plaintiffs | ) ) |
| KHALIFA HAFTAR, individually last known address in Libya | ) ) ) ) |
| Defendant | ) |

**ORDER**

After review of Plaintiffs' request for an additional thirty (30) days with which to serve Defendant in this matter, and after Plaintiff having shown good cause, this Court grants an additional thirty (30) days from this Order in order for the Plaintiffs to serve Defendant.

Dated: _____

The Honorable Leonie M. Brinkema