EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| AIDA ELZAGALLY, as the wife of MSADDEK TUNALLI, deceased | ) ) ) |
| Plaintiffs | ) ) |
| KHALIFA HAFTAR, individually last known address in Libya | ) ) ) |
| Defendant | ) |

## ORDER

After review of Plaintiffs' request for an additional thirty (30) days with which to serve Defendant in this matter, and after Plaintiff having shown good cause, this Court grants an additional thirty (30) days from this Order in order for the Plaintiffs to serve Defendant.

Dated: 11/4/19

/s/ 
Leonie M. Brinkema
United States District Judge

2