IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| AIDA ELZAGALLY, as the wife of Msaddek Tunalli, deceased, <u>et al.</u> )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>KHALIFA HAFTAR, individually last known address )<br>in Libya, )<br>)<br>Defendant. ) | 1:19-cv-853 (LMB/MSN) |

## ORDER

It appears from the record that the defendant is in default. Accordingly, it is hereby

ORDERED that plaintiffs immediately obtain an entry of default from the Clerk pursuant to Fed. R. Civ. P. 55(a), and it is further

ORDERED that promptly after obtaining the entry of default, plaintiffs file a motion for default judgment and an accompanying memorandum setting forth the factual and legal support for findings that (a) this court has subject matter and personal jurisdiction, including how the defaulting defendant was served and why that service was proper; (b) the complaint alleges facts establishing all the necessary elements of one or more claims on which relief can be granted; and (c) plaintiffs can receive the damages and any other relief sought, with specific references to affidavits, declarations, or other evidence supporting such relief, and it is further

ORDERED that plaintiffs file a Notice setting the hearing of the motion for default judgment for 10:00 a.m. on Friday, February 7, 2020, before the magistrate judge to whom this action is referred, or in event of a conflict, then on the date obtained from the chambers of the magistrate judge, and mail copies of the notice, motion, and memorandum to the defaulting

defendant at the defendant's last known address, certifying the same to the court.

The Clerk is directed to forward a copy of this Order to counsel of record and plaintiffs' counsel is directed to forward a copy of this Order to the defaulting defendant at the address of record.

Entered this 6th day of January, 2020.

Alexandria, Virginia

/s/ _____
Leonie M. Brinkema
United States District Judge