UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| AIDA ELZAGALLY, as the wife of MSADDEK TUNALLI, deceased<br><br>AYAH TUNALLI, as the daughter of MSADDEK TUNALLI, deceased et.al<br><br>Plaintiffs<br><br><br><br>KHALIFA HAFTAR, individually last known address in Libya<br><br>Defendant | Case No. 1:19-cv-00853-LMB-MSN |

**DECLARATION OF FAISAL GILL**

I, Faisal Gill, under penalty of perjury, and in accordance with 28 U.S.C. § 1746, declare as follows:

1. I am the attorney of record for the Plaintiffs in this matter.

2. The complaint specified that Plaintiffs sought damages in the amount of $125,000,000.00.

3. The summons and complaint were served upon Defendant by Mr. Mohamed Rashdi under Federal Rules of Civil Procedure 4(f)(2)(A) and Libyan law on November 25, 2019.

4. Mr. Rashdi completed an affidavit of service which was filed with this Court.

5. Thus, Defendant had until December 16, 2019 to file a responsive pleading.

6. Defendant has not filed any responsive pleading yet.

7. The Defendant is not a minor or incompetent.

1

8. Clerk of Court is requested to enter an order for default against the Defendant.

9. A draft order of default is attached.

Dated: January 8, 2020

Respectfully Submitted,

*Faisal Gill*

Faisal Gill (#VSB 93255)
Gill Law Firm
1155 F Street NW
Suite 1050
Washington DC 20005
202-570-8223
202-318-5331 (fax)
fgill@glawoffice.com
*Counsel for Plaintiffs*