UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| AIDA ELZAGALLY, as the wife of MSADDEK TUNALLI, deceased | ) ) ) |
| AYAH TUNALLI, as the daughter of MSADDEK TUNALLI, deceased et.al | ) ) ) |
| | ) Case No. 1:19-cv-00853-LMB-MSN |
| Plaintiffs | ) ) ) ) ) |
| KHALIFA HAFTAR, individually last known address in Libya | ) ) ) ) |
| Defendant | ) |

## ORDER

Plaintiffs' Motion for Extension of Hearing Date and Time to File Motion for Default Judgment and Memorandum in Support is hereby granted for the reasons stated in the Motion. Hearing on Plaintiffs' Motion for Default Judgment shall be set for February 21, 2020 at 10:00 am. Deadline to file Motion for Default Judgment and any supporting documents shall be January 24, 2020.

_____/s/_____
Michael S. Nachmanoff
United States Magistrate Judge
JUDGE

1