UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| AIDA ELZAGALLY, as the wife of MSADDEK TUNALLI, deceased | ) ) ) |
| AYAH TUNALLI, as the daughter of MSADDEK TUNALLI, deceased et.al | ) ) ) |
| Plaintiffs | ) ) ) ) ) ) |
| KHALIFA HAFTAR, individually last known address in Libya | ) ) ) |
| Defendant | ) |

Case No. 1:19-cv-00853-LMB-MSN

**PLAINTIFFS' SUPPLEMENT TO MOTION FOR EXTENSION OF HEARING DATE AND TIME TO FILE MOTION FOR DEFAULT JUDGMENT AND MEMORANDUM IN SUPPORT**

COMES NOW Plaintiffs Aida Elzagally et. al and further respectfully request this Court extend deadline of January 24, 2020 in order to file their Motion for Default Judgment and supporting memorandum and other supporting documents to this Court to January 31, 2020. Given the location and remoteness of Plaintiffs in this matter, counsel has had issues of connectivity in order to retrieve certain supporting documentation for the Motion for Default Judgment for this Court.

Dated: January 22, 2020                                   Respectfully Submitted,

/s/ Faisal Gill
Faisal Gill (#VSB 93255)
Gill Law Firm
1155 F Street NW
Suite 1050
Washington DC 20005
202-570-8223
202-318-5331 (fax)

1

fgill@glawoffice.com  
*Counsel for Plaintiffs*

2