UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| AIDA EZGALLY, *et al.*<br>Plaintiffs<br><br>*v.*<br><br>KHALIFA HAFTAR<br>Defendant | Civil No. 1:19-cv-853-LMB-MSN |

### **ORDER**

This matter comes before the Court on plaintiffs' Supplement to Motion for Extension of Hearing Date and Time (Dkt. No. 16). Based on a review of the pleadings and the record, it is hereby ORDERED that motion is GRANTED. The deadline to file the Motion for Default Judgment and any supporting documents shall be January 31, 2020.

IT IS SO ORDERED.

/s/
Michael S. Nachmanoff
United States Magistrate Judge

January 23, 2020
Alexandria, Virginia