
Address    Map Number    Map Search    Search Home



- Profile
- Sales
- Values
- Tax Details
- Residential
- Commercial
- Map
- Structure Size

MAP #: 0623 12N 2310

HIFTER KHALIFA     5505 SEMINARY RD

|◁ ◁   403 of 453   ▷ ▷|

Return to Search Results

### Owner

| | |
|---|---|
| Name | HIFTER KHALIFA, |
| Mailing Address | 3409 WILSON BLVD APT 213 ARLINGTON VA 22201 |
| Book | 09521 |
| Page | 0618 |

**Actions**

🏠 Neighborhood Sales
🖨 Printable Summary
🖨 Printable Version

### Parcel

| | |
|---|---|
| Property Location | 5505 SEMINARY RD UNIT 2310N FALLS CHURCH VA 22041 |
| Map # | 0623 12N 2310 |
| Tax District | 50000 |
| District Name | MASON |
| Land Use Code | High rise style condo(=>9 comm) |
| Land Area (acreage) | |
| Land Area (SQFT) | |
| Zoning Description | PDC(Res Dev-Not Retail) |
| Utilities | WATER CONNECTED |
| | SEWER CONNECTED |
| County Inventory of Historic Sites | NO |
| County Historic Overlay District | NO |
| | For further information about the Fairfax County Historic Overlay Districts, CLICK HERE |
| | For properties within the towns of Herndon, Vienna or Clifton please contact the town to determine if the property is within a town historic district. |
| Street/Road | PAVED |
| Site Description | BUILDABLE-GOOD LOT |

**Links**

Definition Of Terms

### Legal Description

| | |
|---|---|
| Legal Description | SKYLINE SQUARE |
| | UN 2310N PH 2B |
| | PS225G2-PS162G4 |

### Last Refresh

| | |
|---|---|
| Date | |
| | Data last refreshed: 28/Jan/2020 DB:PORA34CUR |

### General Information

**Need Help?**

For questions and requests for information about the Real Estate site, call 703-222-8234 or CLICK HERE

**Disclaimer/Privacy Policy**

Under Virginia State law these records are public information. Display of this information on the Internet is specifically authorized by Va. Code 58.1-3122.2 (1998). See the Virginia State Code to read the pertinent enabling statute.

If you believe any data provided is inaccurate or if you have any comments about this site, we would like to hear from you. Owner names will be withheld from the Internet record upon request. Comments or requests may be made via e-mail to the Real Estate Division at Real Estate Division or by phone at (703) 222-8234.

While Fairfax County has attempted to ensure that the data contained in this file is accurate and reflects the property's characteristics, Fairfax County makes no warranties, expressed or implied, concerning the accuracy, completeness,

reliability, or suitability of this data. Fairfax County does not assume any liability associated with the use or misuse of this data.



 Awards

 Site Feedback

**Main Address**

12000 Government Center Pkwy
Fairfax, VA 22035

**Phone**

703-FAIRFAX

**TTY** 711

**Site Tools**

Website Accessibility

Translate

Download Mobile App

**Support**

ADA Accessibility

FOIA Requests

Website Administrator

**Additional Resources**

Fairfax County Public Schools

Economic Development Authori

Visit Fairfax

Council of Governments

Commonwealth of Virginia

USA.gov

        

Copyright 2018 Fairfax County, Virginia   |   Last Updated: 28/Jan/2020  DB:PORA34CUR   |   Powered by iasWorld Public Acce