PLAINTIFF EXHIBIT 2

# Entity Information

## Entity Information

| | |
|---:|:---|
| Entity Name: | ABKO Investments LLC |
| Entity ID: | S7292503 |
| Entity Type: | Limited Liability Company |
| Entity Status: | **Active** |
| Formation Date: | 01/30/2018 |
| Reason for Status: | Active |
| VA Qualification Date: | 01/30/2018 |
| Status Date: | 01/30/2018 |
| Industry Code: | 0 - General |
| Period of Duration: | Perpetual |
| Jurisdiction: | VA |
| Annual Report Due Date: | N/A |
| Registration Fee Due Date: | 01/31/2020 |
| Charter Fee: | N/A |

## Registered Agent Information

| | |
|---:|:---|
| RA Type: | Individual |
| Locality: | FAIRFAX |
| RA Qualification: | Member or Manager of the Limited Liability Company |
| Name: | OKBA K HIFTER |
| Registered Office Address: | 10092 SPARTANS HOLLOW CT, GREAT FALLS, VA, 22066 - 0000, USA |

## Principal Office Address

| | |
|---:|:---|
| Address: | 10092 SPARTANS HOLLOW COURT, GREAT FALLS, VA, 22066 - 0000, USA |

Privacy Policy (https://www.scc.virginia.gov/privacy.aspx)    Contact Us (https://www.scc.virginia.gov/clk/clk_contact.aspx)

(https://www.scc.virginia.gov/clk/clk_contact.aspx)

Principal Information (https://www.facebook.com/VirginiaStateCorporationCommission)

(https://twitter.com/VAStateCorpComm)

Management Structure: N/A

Filing History  RA History  Name History  Previous Registrations

Garnishment Designees  Image Request

Back  Return to Search  Return to Results

Back to Login

Privacy Policy (https://www.scc.virginia.gov/privacy.aspx)  Contact Us
(https://www.scc.virginia.gov/clk/clk_contact.aspx)