PLAINTIFF EXHIBIT 3

- General Information
- Assessments
- Tax Balances
- Improvements
- Sales
- Permits
- Economic Unit
- Resubdivision
- Site Plan/Rezoning
- Archives - Property Card

Return to Search Results

New Search

View Map

Print

## 14-034-026

## 3409 WILSON BLVD 213 ARLINGTON VA 22201

### Owner
ABKO INVESTMENTS LLC

### Legal Description
UNIT 213 ARC 3409 CONDO PKSP 93

### Mailing Address
3409 WILSON BLVD #213
ARLINGTON VA 22201

### Year Built
2008

### Units
N/A

### EU#
N/A

### Property Class Code
612-Condo Mid-rise

### Zoning

### Lot Size
760

### Neighborhood#
240060

### Map Book/Page
053-06

### Polygon
14034PCA

## Site Plan
N/A

## Rezoning
N/A

## Tax Exempt
No

QUESTIONS? Contact the Department of Real Estate Assessments at 703-228-3920 or [realog2@arlingtonva.us](mailto:realog2@arlingtonva.us) ✉

Copyright © 2020 Arlington County Government