UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

AIDA ELZAGALLY, as the wife )
of MSADDEK TUNALLI, deceased et.al )
)
)
Plaintiffs )
)
) Case No; 1:19cv-00853 LMB/MSN
)
KHALIFA HAFTAR, individually )
last known address in Libya )
)
Defendant )

### DECLARATION OF AIDA ELZAGALLY

1. I, Aida Elzagally, am person over the age of Eighteen.

2. I am a Citizen of Republic of Libya.

3. I am the wife of Msaddek Tunalli at the time of his death.

4. We were married on Seb 17, 1990.

5. Ayah Tunalli, Alaa Tunalli, Abdulhameed Tunalli, Abdulrrauf Tunalli, Muhammad Tunalli, and Aduladeem Tunalli are all the birth children of Msaddek Tunalli.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on Jan 23, 2020.

Respectfully Submitted,

Aida Elzagally

1