UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| AIDA ELZAGALLY, as the wife of MSADDEK TUNALLI, deceased et.al <br><br> Plaintiffs <br><br> KHALIFA HAFTAR, individually last known address in Libya <br><br> Defendant | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No; 1:19cv-00853 LMB/MSN |

## DECLARATION OF ABDULHAMEED AL-HARRAMAH

1. I, Abdulhameed Al-Harramah, am person over the age of Eighteen.

2. I am a Citizen of Republic of Libya.

3. I am the father of Ayman Al-Harramah.

4. At the time of his death, Ayman Al-Harramah had no wife or children.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _Jan 23_, 2020.

Respectfully Submitted,

Abdulhameed Al-Harramah