UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| AIDA ELZAGALLY, as the wife of MSADDEK TUNALLI, deceased | ) ) ) |
| AYAH TUNALLI, as the daughter of MSADDEK TUNALLI, deceased et.al | ) ) ) ) Case No. 1:19-cv-00853-LMB-MSN |
| Plaintiffs | ) ) ) ) ) |
| KHALIFA HAFTAR, individually last known address in Libya | ) ) ) ) |
| Defendant | ) |

**ORDER**

Plaintiffs' Motion for Default Judgment is hereby granted for the reasons stated in the Motion.

_____
JUDGE

1