UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| AIDA ELZAGALLY, as the wife of MSADDEK TUNALLI, deceased | ) ) ) |
| AYAH TUNALLI, as the daughter of MSADDEK TUNALLI, deceased et.al | ) ) ) |
| Plaintiffs | ) ) ) ) ) |
| KHALIFA HAFTAR, individually last known address in Libya | ) ) ) |
| Defendant | ) |

Case No. 1:19-cv-00853-LMB-MSN

**NOTICE**

PLEASE TAKE NOTICE that on Friday February 21, 2020, at 10:00 a.m., or as soon thereafter as the undersigned may be heard, the plaintiff(s) will present to the Court the Motion for Default Judgment against Defendant Haftar.

Dated: February 3, 2020                                          Respectfully Submitted,

/s/ Faisal Gill
Faisal Gill (#VSB 93255)
Gill Law Firm
1155 F Street NW
Suite 1050
Washington DC 20005
202-570-8223
202-318-5331 (fax)
fgill@glawoffice.com
*Counsel for Plaintiffs*