Date: 02/21/2020  Judge: Michael S. Nachmanoff
          Reporter: FTR

Start: 10:05 am
Finish: 10:13

Civil Action Number: 1:19cv853

Aida Elzagally, et al.

vs.

Khalifa Haftar

Appearances of Counsel for (X) Pltf ( ) Deft
(X) Matter is uncontested
Motion to/for:

#18 – Plaintiffs' Motion for Default Judgment

Argued &
( ) Granted ( ) Denied ( ) Granted in part/Denied in part
(X) Taken Under Advisement ( ) Continued to _____

Additional briefing to be submitted w/in 2 wks.

(X) Report and Recommendation to Follow
( ) Order to Follow