UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| AIDA ELZAGALLY, et al )<br>)<br>Plaintiffs ) <br> ) <br> KHALIFA HAFTAR, individually )<br>last known address in Libya )<br>)<br>Defendant ) | Case No. 1:19-cv-00853-LMB-MSNVAED |

**PLAINTIFFS' MOTION EXTENSION FOR TIME**

Comes NOW Plaintiffs and respectfully submits this Motion for Extension of Time to file supplemental filings. On February 21, 2020, there was a hearing before Judge Michael Nachmanoff allowed Plaintiff to file supplemental briefings by Friday March 6, 2020. Plaintiffs respectfully request seven (7) until Friday March 13, 2020.

Plaintiff requests this addition time to get an affidavit from an expert in the Libyan situation. He will set forth how General Haftar waged his war an violated the laws of nations. Due to his schedule, he will not able to get the affidavit by tomorrow. Also Plaintiffs wish to submit additional affidavits.

Based on the foregoing, Plaintiffs respectfully request this Court grant an extension of Seven (7) days to file supplemental briefings.

Respectfully Submitted,

Faisal Gill (#VSB 93255)
Gill Law Firm
1155 F Street NW, Suite 1050
Washington DC 20005
202-570-8223
202-318-5331 (fax)
fgill@glawoffice.com
*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| AIDA ELZAGALLY, as the wife of MSADDEK TUNALLI, deceased | ) ) ) |
| Plaintiffs | ) ) |
| KHALIFA HAFTAR, individually last known address in Libya | ) ) ) ) |
| Defendant | ) |

**ORDER**

After review of Plaintiffs' request for an additional thirty (30) days with which to serve Defendant in this matter, and after Plaintiff having shown good cause, this Court grants an additional Seven (7) days from this Order in order for the Plaintiffs to submit supplemental filings.

Dated: _____

The Honorable Michael S. Nachmanoff