UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

AIDA ELZAGALLY, et al.,

    Plaintiffs,

v.

    Civil No. 1:19-cv-853-LMB-MSN

KHALIFA HAFTAR.,

    Defendant.

## ORDER

This matter comes before the Court on plaintiffs' Motion for an Extension of Time to submit supplemental findings in support of their Motion for Default Judgment. Having reviewed the Motion, it is hereby

ORDERED that plaintiffs shall have seven (7) days from the date of this order to submit supplemental findings in support of their Motion for Default Judgment.

It is SO ORDERED.

    /s/
Michael S. Nachmanoff
March 6, 2020    United States Magistrate Judge
Alexandria, Virginia