THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| AIDA ELZAGALLY, ET AL. ) | |
| ) | Civ. No. 1:19-cv-00853-LMB-MSN |
| ) | |
| v. ) | |
| ) | |
| KHALIFA HAFTER ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF ENTRY OF APPEARANCE FOR LIMITED PURPOSE OF FILING DEFENDANT'S COUNSEL'S LETTER**

Attorney Edward J. Ungvarsky respectfully notices his appearance as counsel for the defendant, Khalifa Hafter, in the above-captioned matter, for the limited purpose of filing Mr. Hafter's counsel's letter indicating intent to file motion seeking pro hac vice admission and to file responsive papers.

Respectfully Submitted,

Date: July 31, 2020

/S/ Edward J. Ungvarsky
Edward J. Ungvarsky, VSB #83014
Ungvarsky Law, PLLC
114 North Alfred Street
Alexandria, VA 22314
Tel: 571-207-9710
ed@ungvarskylaw.com
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2020, I filed the foregoing using the Clerk's CM/ECF system, which will provide notice to all counsel of record, including counsel for the plaintiffs, Faisal Mahmood Gill. I have also separate sent a copy of the notice directly to Mr. Gill at fgill@glawoffice.com and to Mr. Levin, counsel for the Defendant, at dlevin@tuckerlevin.com.

Date: July 31, 2020

/S/ Edward J. Ungvarsky
Edward J. Ungvarsky, VSB #83014