THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| AIDA ELZAGALLY, ET AL., ) | |
| ) | Civ. No. 1:19-cv-0853-LMB-MSN |
| Plaintiffs, ) | |
| v. ) | |
| ) | |
| KHALIFA HIFTER, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

Defendant General Khalifa Hifter, by and through undersigned counsel, hereby moves for dismissal of all claims brought against him pursuant to Rules 12(b)(1), 12(b)(5), and 12(b)(6) of the Federal Rules of Civil Procedure or, in the alternative, for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure. In support of this motion, Defendant submits the accompanying Memorandum and Proposed Order.

Dated:  August 20, 2020

Respectfully submitted,

Duncan P. Levin, Esq.
Tucker Levin, PLLC
230 Park Avenue, Suite 440
New York, New York 10169
212-330-7626
dlevin@tuckerlevin.com
www.tuckerlevin.com

*Counsel for Defendant*

/s/

Edward J. Ungvarsky
VSB 83014
Ungvarsky Law, PLLC
114 North Alfred Street
Alexandria, VA 22314
571-207-9710
ed@ungvarskylaw.com
www.ungvarskylaw.com

*Local Counsel for Defendant*