IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

AIDA ELZAGALLY, et al.                          )
                                                )
                Plaintiffs,                     )
                                                )
        v.                                      )        1:19-cv-853 (LMB/MSN)
                                                )
KHALIFA HAFTAR,                                 )
                                                )
                Defendant.                      )

## ORDER

Defense counsel Edward John Ungvarsky having filed a Motion to Dismiss which

indicates that defendant Khalifa Haftar's name is spelled incorrectly on the docket caption for

this action, it is hereby

ORDERED that the Clerk amend the docket caption for this action to reflect that

defendant's name is Khalifa Hifter.

The Clerk is directed to forward this Order to counsel of record.

Entered this 24 day of August, 2020.

Alexandria, Virginia

                                                    /s/ 
                                            _____
                                            Leonie M. Brinkema
                                            United States District Judge