UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| AIDA ELZAGALLY, as the wife of MSADDEK TUNALLI, deceased, et al. ) ) ) ) Plaintiffs ) ) ) ) KHALIFA HAFTAR, individually ) last known address in Libya ) ) Defendant ) | Case No. 1:19-cv-00853-LMB-MSN |

## CONSENT ORDER

Based upon the consent of the Parties, this Court grants Plaintiff's Unopposed Motion for Extension of Time to File Response to Defendant's Motion to Dismiss and to Continue Hearing. Plaintiff shall file their response to Defendant's Motion to Dismiss no later than September 10, 2020. The hearing on Defendant's Motion to Dismiss originally set for September 15, 2020 shall now be continued to September 29, 2020 to be held virtually.

So Ordered

/s/
Leonie M Brinkema  9/3/2020
United States District Judge

/s/ Faisal Gill
Faisal Gill (#VSB 93255)
Gill Law Firm
1717 Pennsylvania Avenue NW,
Suite 1025
Washington, DC 20006
310-418-6675
202-318-5331 (fax)
fgill@glawoffice.com
*Counsel for Plaintiffs*