IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| AIDA ELZAGALLY, <u>et al.</u>, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | 1:19-cv-853 (LMB/MSN) |
| ) | |
| KHALIFA HIFTER, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

ORDER

To minimize the number of people in the courthouse, it is hereby

ORDERED that an on-the-record argument of defendant's motions to dismiss [Dkt. No. 32] will be held by tele-conference on Tuesday, September 29, 2020 at 12:00 pm.

**To join the tele-conference, at 12:00 pm, Tuesday, September 29, the parties should dial 1-877-336-1829 and use the access code 8896301.  If prompted for a security code, reenter the access code.**  If at all possible, the attorneys who will be speaking during the tele-conference should dial in using land line telephones.  Other counsel and the general public are able to call in to the same phone number using the same access code but will be in listen-only mode.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 25th day of September, 2020.

Alexandria, Virginia

/s/ _____
Leonie M. Brinkema
United States District Judge