# CIVIL MOTION MINUTES
# (via TELECONFERENCE)

Date: 09/29/20

Judge: Brinkema
Reporter: T. Harris

Time: 3:04pm – 3:56pm

Civil Action Number: 1:19cv853

Aida Elzagally et al    vs.   Khalifa Hifter

Appearances of Counsel for    (X) Pltf    (X) Deft

Motion to/for:
#32 Deft Motion to Dismiss for Failure to State a Claim

Argued &
( ) Granted    ( ) Denied (X) Granted in part/Denied in part
( ) Held in Abeyance ( ) Taken Under Advisement   ( ) Continued to ( ) Overruled

Court orders case stayed for 60 days

( ) Memorandum Opinion to Follow

(X)   Order to follow