# THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| AIDA ELZAGALLY, ET AL., ) | |
| ) | Civ. No. 1:19-cv-0853-LMB-MSN |
| Plaintiffs, ) | |
| v. ) | |
| ) | |
| KHALIFA HIFTER, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon the Motion of Duncan P. Levin and Edward J. Ungvarsky to Withdraw as Counsel for Defendant Khalifa Hifter, and for good cause shown,

IT IS HEREBY ORDERED that the Motion is GRANTED and Duncan P. Levin and Edward J. Ungvarsky are granted leave to withdraw as counsel in the above-referenced proceeding pending before this Court.

Dated: January 12, 2021

/s/ 
Leonie M. Brinkema
United States District Judge