IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| AIDA ELZAGALLY, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 1:19-cv-00853 (LMB/MSN) |
| | ) | |
| KHALIFA HAFTAR, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF CHANGE OF FIRM NAME

TO THE CLERK OF THE COURT AND ALL PARTIES IN INTEREST:

Please take notice that the law firm of Harvey & Binnall, PLLC has changed its firm name to Binnall Law Group, PLLC, effective immediately. As result, the contact information for the law firm is:

> Binnall Law Group, PLLC
> 717 King Street, Suite 200
> Alexandria, Virginia 22314
> Telephone: (703) 888-1943
> Facsimile: (703) 888-1930
> E-mail: jesse@binnall.com

Please update your records to reflect this change.

Dated: March 4, 2021                                            Respectfully submitted,

/s/ Jesse R. Binnall
Jesse R. Binnall (VSB #79292)
BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone: (703) 888-1943
Fax: (703) 888-1930
jesse@binnall.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of March 2021, I electronically filed the foregoing Notice of Change of Firm Name with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel and parties of record.

/s/ Jesse R. Binnall
Jesse R. Binnall
*Counsel for the Defendant*
