UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| AIDA ELZAGALLY, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 1:19cv853 |
| | ) | |
| KHALIFA HIFTER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE BY THE UNITED STATES OF AMERICA

In a letter dated October 26, 2020 (Dkt. No. 45), this Court invited the United States Department of State to provide its input concerning whether the above-captioned action, and a second civil action styled as *Al-Suyid, et al. v. Hifter*, No. 1:20cv170 (E.D. Va.), "should proceed in this Court." On January 4, 2021, the United States – on behalf of the State Department – filed a notice declining to file a Statement of Interest pursuant to 28 U.S.C. § 517 (Dkt. No. 46).

In a second letter dated April 5, 2021 (Dkt. No. 60), this Court once again invited the State Department to provide its input concerning whether the above-captioned action, the *Al-Suyid* action, and a newly-filed third action styled as *Hamza, et al. v. Hifter*, 1:20cv1038 (E.D. Va.), "should proceed in this Court." This Court's letter specifically noted that its renewed solicitation was made "[a]s a courtesy to the new administration," and requested a response from the State Department by May 14, 2021.

The State Department again sincerely appreciates this Court's invitation to express its views on the issues presented in these three civil actions. But after careful deliberation, the United States politely declines to file a Statement of Interest, pursuant to 28 U.S.C. § 517, at this time.

- 1 -

- 2 -

Respectfully submitted,

RAJ PAREKH
ACTING UNITED STATES ATTORNEY

By: _____/s/_____
DENNIS C. BARGHAAN, JR.
Acting Chief, Civil Division
Assistant U.S. Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone: (703) 299-3891
Fax:         (703) 299-3983
Email:  dennis.barghaan@usdoj.gov

DATE: May 14, 2021

ATTORNEYS FOR THE UNITED STATES OF AMERICA

**CERTIFICATE OF SERVICE**

      I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing ("NEF") to the following:

Faisal Mahmood Gill
Gill Law Firm
1155 F Street, Suite 1050
Washington, D.C. 20004
Email: Fgill@glawoffice.com

Jesse R. Binnall
Harvey & Binnall PLLC
717 King Street, Suite 300
Alexandria, Virginia 22314
Email: Jbinnall@harveybinnall.com

Date: May 14, 2021

                                                  /s/
                                      DENNIS C. BARGHAAN, JR.
                                      Assistant U.S. Attorney
                                      2100 Jamieson Avenue
                                      Alexandria, Virginia 22314
                                      Telephone: (703) 299-3891
                                      Fax:       (703) 299-3983
                                      Email:  dennis.barghaan@usdoj.gov

                                      ATTORNEYS FOR THE UNITED STATES OF
                                      AMERICA