Date: 9/13/2021

Judge: Michael S. Nachmanoff
Reporter: FTR

Start: 11:05
Finish: 11:39

Civil Action Number: 1:19-cv-853-LMB-MSN

Elzagally, et al.

vs.

Hifter

Appearances of Counsel for (✓) Pltf (✓) Deft
( ) Matter is uncontested
Motion to/for: Compel (#76)

_____
_____
_____
_____
_____

Argued &
( ) Granted  ( ) Denied  ( x ) Granted in part/Denied in part
( ) Taken Under Advisement  ( ) Continued to _____

_____
_____
_____
_____
_____

( ) Report and Recommendation to Follow
( x ) Order to Follow