AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

| | | |
|---|---|---|
| Aida Elzagally, et al. | ) | 2021 SEP 13 A 9:13 |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:19-cv-00853 (LMB/MSN) |
| Khalifa Hifter | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Khalifa Hifter

Date:   09/10/2021

/s/ Lindsay McKasson
*Attorney's signature*

Lindsay R. McKasson, VSB #96074
*Printed name and bar number*

Binnall Law Group, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22134
*Address*

lindsay@binnall.com
*E-mail address*

(703) 888-1943
*Telephone number*

(703) 888-1930
*FAX number*