IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| AIDA ELZAGALLY, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:19-cv-00853 (LMB/MSN) |
| | ) | |
| KHALIFA HIFTER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| MUNA AL-SUYID, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:20-cv-00170 (LMB/MSN) |
| | ) | |
| KHALIFA HIFTER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| ALI ABDALLA HAMZA, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:20-cv-01038 (LMB/MSN) |
| | ) | |
| KHALIFA HIFTER, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION TO CONSOLIDATE RELATED
CASES FOR DISCOVERY AND LIMITED PRETRIAL PROCEEDINGS**

All Parties, hereby move this Court to consolidate *Aida Elzagally, et al., v. Khalifa Hifter*, Case No. 1:19-cv-00853 (LMB/MSN) ("*Elzagally*"), *Muna al-Suyid, et*

1

*al., v. Khalifa Hifter*, Case No. 1:20-cv-00170 ("*al-Suyid*"), and *Ali Abdalla Hamza, et al., v. Khalifa Hifter*, Case No. 1:20-cv-01038 (LMB/MSN) ("*Hamza*") for the limited purposes of discovery and pretrial matters, excluding dispositive motions by Parties, pursuant to Federal Rule of Civil Procedure 42(a).

Rule 42(a) permits a court to consolidate actions pending before it if those actions involve "a common question of law or fact." Fed. R. Civ. P 42(a). That standard "is an expansive one, allowing consolidation of the broad range of cases brought in federal court." 8 Moore's Federal Practice § 42.10[1][a] (3d. ed.).

All Parties, jointly and through their respective counsel, hereby respectfully request this Court to consolidate these cases for purposes of discovery and pretrial matters, excluding dispositive motions, for the following reasons:

1. The cases share common questions of law and fact. Here, the *Hamza* Plaintiffs filed suit against Mr. Hifter on September 3, 2020. The *al-Suyid* Plaintiffs filed suit against Mr. Hifter on February 18, 2020. The *Elzagally* Plaintiffs filed suit against Mr. Hifter on June 26, 2019. Each of these lawsuits pending against Mr. Hifter pertain to allegations of substantially similar actions, conduct, or damages within a similar timeframe and location and concerning violations of the same statute (the TVPA).

2. Consolidation will reduce the burden on the Parties and on this Court regarding discovery and limited pretrial matters and conserve judicial resources.

3. Consolidation will expedite the resolution of issues between the Parties to sharpen the issues and expedite the resolution of these cases.

4. The Parties all consent to this consolidation.

WHEREFORE, to promote judicial economy and the expeditious disposition of these cases and at the Court's encouragement, the Parties respectfully request this Court limitedly consolidate Case No. 1:19-cv-00853, Case Nos. 1:20-cv-00170 and 1:20-cv-01038.

Dated: October 22, 2021

Respectfully submitted,

/s/ Lindsay R. McKasson
Lindsay R. McKasson (VSB No. 96074)
Jesse R. Binnall (VSB No. 79292)
Jason C. Greaves (VSB No. 86164)
BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, VA 22314
Tel: (703) 888-1943
Fax: (703) 888-1930
Email: lindsay@binnall.com
       jesse@binnall.com
       jason@binnall.com

*Attorneys for Khalifa Hifter*

/s/ Thomas M. Craig
Thomas M. Craig, (VSB 58063)
Mark S. Zaid (*Pro Hac Vice*)
Matthew Jury (*Pro Hac Vice*)
FH+H
1751 Pinnacle Drive
Suite 1000
Mclean, Virginia 22102
tcraig@fhhfirm.com
mark@markzaid.com
matthew.jury@mccue-law.com

*Attorneys for Hamza Plaintiffs*

/s/ Kevin T. Carroll
Kevin T. Carroll (VSB #95292)
Joseph G. Grasso (*Pro Hac Vice*)
Sarah E. York (VSB #91188)
Wiggin and Dana LLP
800 17th Street, N.W.
Suite 520
Washington, D.C. 20006
kcarroll@wiggin.com
igrasso@wiggin.com
syork@wiggin.com

*Attorneys for al-Suyid Plaintiffs*

/s/ Faisal Gill
Faisal Gill (VSB #93255)
Gill Law Firm
1717 Pennsylvania Avenue, N.W.
Suite 1060
fgill@glawoffice.com

*Attorney for Elzagally Plaintiffs*

4

## CERTIFICATE OF SERVICE

I certify that on October 22, 2021, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

Dated: October 22, 2021 /s/ Lindsay R. McKasson
Lindsay R. McKasson

*Attorney for Khalifa Hifter*