IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| AIDA ELZAGALLY, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>KHALIFA HIFTER, )<br>)<br>Defendant. )<br>_____) | Case No. 1:19-cv-00853 (LMB/MSN) |
| MUNA AL-SUYID, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>KHALIFA HIFTER, )<br>)<br>Defendant. )<br>_____) | Case No. 1:20-cv-00170 (LMB/MSN) |
| ALI ABDALLA HAMZA, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>KHALIFA HIFTER, )<br>)<br>Defendant. )<br>_____) | Case No. 1:20-cv-01038 (LMB/MSN) |

## PROPOSED ORDER

This matter comes on the Parties', *Aida Elzagally, et al., v. Khalifa Hifter*, Case No. 1:19-cv-00853 (LMB/MSN), *Muna al-Suyid, et al., v. Khalifa Hifter*, Case No. 1:20-cv-00170, and *Ali Abdalla Hamza, et al., v. Khalifa Hifter*, Case No. 1:20-cv-

01038 (LMB/MSN), Joint Motion to Consolidate Related Cases for the limited purposes of discovery and pretrial matters, excluding dispositive motions by Parties, pursuant to Federal Rule of Civil Procedure 42(a).

For the reasons stated in the Joint Motion to Consolidate Related Cases for Discovery and Limited Pretrial Proceedings, and because the Court finds good cause exists to consolidate as agreed by the Parties in their joint motion, it is hereby

ORDERED that the joint motion is GRANTED.

**SO ORDERED.**

Entered: October 22, 2021

/s/
Leonie M. Brinkema
United States District Judge