IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| AIDA ELZAGALLY, et al., | ) |
| Plaintiffs, | ) |
| v. | ) 1:19-cv-00853 (LMB/JFA) |
| KHALIFA HIFTER, | ) |
| Defendant. | ) |

## ORDER

For the reasons stated in open court, it is hereby

ORDERED that Defendant's Motion to Set Aside the Default ("Motion") [Dkt. No. 165] be held in abeyance until the conclusion of defendant's scheduled deposition which is to begin on November 6, 2022 at 8:00 a.m.

If the defendant does not appear for this deposition or if he does not answer questions in compliance with the Court's discovery orders, the Court will deny Defendant's Motion and proceed with the damages litigation.

The Clerk is directed forward copies of this Order to counsel of record.

Entered this 14 day of October, 2022.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge