# EXHIBIT D

# Robert H. Cox

**From:** Barakat, Matthew <mbarakat@ap.org>
**Sent:** Monday, November 7, 2022 9:35 AM
**To:** Robert H. Cox
**Subject:** question from AP re: Hifter deposition

You don't often get email from mbarakat@ap.org. Learn why this is important

[This message originated from outside of your organization.]

Mr. Cox:

My name is Matthew Barakat. I'm a reporter with Associated Press. I cover northern Virginia, including the federal courthouse in Alexandria.

I understand Mr. Hifter was deposed yesterday. Can you confirm? Were lawyers for all the lawsuits involved?

Any information you could provide would be appreciated. I'd also like to give you an opportunity to comment on the suit if you wish.

Hope to hear from you. Thanks for considering.

Matt Barakat
AP
703-761-0187

The information contained in this communication is intended for the use of the designated recipients named above. If the reader of this communication is not the intended recipient, you are hereby notified that you have received this communication in error, and that any review, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify The Associated Press immediately by telephone at +1-212-621-1500 and delete this email. Thank you.

1