IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FILED
MAY - 5 2023
CLERK, U.S. ...URT
ALEXANDRIA, VIRGINIA

| | | |
|---|---|---|
| AIDA ELZAGALLY, *et al.*, | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No. 1:19cv0853 (LMB/JFA) |
| KHALIFA HIFTER, | ) ) ) | |
| Defendant. | ) ) | |
| MUNA AL-SUYID, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No. 1:20cv0170 (LMB/JFA) |
| KHALIFA HIFTER, | ) ) ) | |
| Defendant. | ) ) | |
| ALI ABDALLA HAMZA, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No. 1:20cv1038 (LMB/JFA) |
| KHALIFA HIFTER, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

This matter is before the court on plaintiffs' joint motion to compel defendant to appear for additional deposition testimony (Elzagally Docket no. 177; Hamza Docket no. 172) and defendant's motion for protective order (Elzagally Docket no. 184; Hamza Docket no. 175).

Having reviewed the motions, oppositions, and replies, and having considered the arguments of counsel on May 5, 2023, it is hereby

ORDERED that plaintiffs' motion is granted in part and denied in part, and defendant's motion is denied, for the reasons stated from the bench.

Entered this 5th day of May, 2023.

Alexandria, Virginia

                                        /s/
John F. Anderson
United States Magistrate Judge