IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| AIDA ELZAGALLY, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | 1:19-cv-853 (LMB/JFA) |
| ) | |
| KHALIFA HIFTER, ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons stated in open court, the Plaintiffs' Joint Motion Proposing Schedule and Structure of Trial to Establish Damages [Dkt. No. 164], Plaintiffs' Motion for Leave to File Reply to Defendant's Opposition to Joint Motion for Schedule and Structure for Trial on Damages [Dkt. No. 171], Defendant's Objections to Magistrate Judge's Ruling [Dkt. No. 213], and Defendant's Motion for Reconsideration of Invoking the State Secrets Privilege [Dkt. No. 220] are DENIED; Defendant's Motion to Set Aside Default [Dkt. No. 165] is GRANTED; and it is hereby

ORDERED that the default entered on July 29, 2022 be and is VACATED.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 8th day of September, 2023.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge