**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **AIDA ELZAGALLY, et al.,** : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | Civil Action No.: 1:19-cv-853 |
| : | |
| **KHALIFA HIFTER,** : | |
| : | |
| Defendant. : | |
| : | |

## MOTION FOR SUMMARY JUDGMENT

COMES NOW, Defendant, by and through his counsel, pursuant to Federal Rule of Civil Procedure 56, and respectfully requests this Court grant his Motion for Summary Judgment.

Accordingly, for the reasons contained in Defendant's Memorandum of Law in Support of his Motion for Summary Judgment, filed herewith, Defendant respectfully requests this Court grant Defendant's Motion.

Dated: February 23, 2024            Respectfully submitted,

                                    KHALIFA HIFTER

                                    By Counsel

                                    /s/ Madison A. Beatty
                                    Robert H. Cox (VSB No. 33118)
                                    Madison A. Beatty (VSB No. 98099)
                                    BRIGLIA HUNDLEY, P.C.
                                    1921 Gallows Road, Suite 750
                                    Tysons Corner, Virginia 22182
                                    (703) 883-0880 [telephone]
                                    (703) 883-0899 [facsimile]
                                    rcox@brigliahundley.com
                                    mbeatty@brigliahundley.com

## **CERTIFICATE OF SERVICE**

      I certify that on February 23, 2024, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

                                                                            s/ Madison A. Beatty  
                                                                            Madison A. Beatty (VSB No. 98099)