PLAINTIFF EXHIBIT 4

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

AIDA ELZAGALLY, as the wife )
of MSADDEK TUNALLI, deceased et.al )
)
)
)
Plaintiffs )
)
) Case No; 1:19cv-00853 LMB/MSN
)
KHALIFA HAFTAR, individually )
last known address in Libya )
)
Defendant )

### DECLARATION OF AIDA ELZAGALLY

1. I, Aida Elzagally, am person over the age of Eighteen.

2. I am a Citizen of Republic of Libya.

3. I am the wife of Msaddek Tunalli at the time of his death.

4. We were married on ___Seb 17___, _1990_.

5. Ayah Tunalli, Alaa Tunalli, Abdulhameed Tunalli, Abdulrrauf Tunalli, Muhammad Tunalli, and Aduladeem Tunalli are all the birth children of Msaddek Tunalli.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on ___Jan 23___, 2020.

Respectfully Submitted,

_____
Aida Elzagally

1