PLAINTIFF EXHIBIT 5

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| AIDA ELZAGALLY, as the wife of MSADDEK TUNALLI, deceased et.al <br><br> Plaintiffs <br><br> KHALIFA HAFTAR, individually last known address in Libya <br><br> Defendant | ) ) ) ) ) ) ) ) ) Case No; 1:19cv-00853 LMB/MSN ) ) ) ) ) ) |

## DECLARATION OF <NAME>

1. I, Mais Ahmed Mayouf, am person over the age of Eighteen.

2. I am a Citizen of Republic of Libya.

3. I am the birth child of Mufida Sasi Abu Gasiah.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 23/1/ , 2020.

Respectfully Submitted,

Mais Ahmed Mayouf

1