# EXHIBIT 2A

# SEALED