IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| AIDA ELZAGALLY, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>KHALIFA HIFTER,<br><br>    Defendant. | 1:19-cv-853 (LMB/JFA) |
| MUNA AL-SUYID, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>KHALIFA HIFTER,<br><br>    Defendant. | 1:20-cv-170 (LMB/JFA) |
| ALI ABDALLA HAMZA, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>KHALIFA HIFTER,<br><br>    Defendant. | 1:20-cv-1038 (LMB/JFA) |

ORDER

For the reasons stated in open court, it is hereby

ORDERED that in civil action 1:19-cv-853 plaintiffs' Motion for Summary Judgment, [Dkt. No. 240], be and is DENIED; defendant's Motion for Summary Judgment, [Dkt. No. 244], be and is GRANTED IN PART for lack of general personal jurisdiction, and DENIED in all

other respects; and plaintiffs' Amended Complaint, [Dkt. No. 69], be and is DISMISSED WITH PREJUDICE; and it is further

ORDERED that in civil action 1:20-cv-170 plaintiffs' Motion for Summary Judgment, [Dkt. No. 270], be and is DENIED; defendant's Motion for Summary Judgment, [Dkt. No. 266], be and is GRANTED IN PART for lack of general personal jurisdiction, and DENIED in all other respects; and plaintiffs' Complaint, [Dkt. No. 1], be and is DISMISSED WITH PREJUDICE; and it is further

ORDERED that in civil action 1:20-cv-1038 plaintiffs' Motion for Summary Judgment, [Dkt. No. 224], be and is DENIED; defendant's Motion for Summary Judgment, [Dkt. No. 230], be and is GRANTED IN PART for lack of general personal jurisdiction, and DENIED in all other respects; and plaintiffs' Amended Complaint, [Dkt. No. 8], be and is DISMISSED WITH PREJUDICE.

The Clerk is directed to enter judgment in favor of defendant in each of the three above-captioned civil actions pursuant to Fed. R. Civ. P. 58; forward copies of this Order to counsel of record; and close these civil actions.

Entered this 12th day of April, 2024.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge