## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

### Alexandria Division

AIDA ELZAGALLY., *et al*,               )
                                        )
    Plaintiffs,               )
                                        )
v.                                      )     Civil Action No. 1:19-cv-853
                                        )
                                        )
KHALIFA HIFTER,                         )
                                        )
    Defendant.                )

### <u>JUDGMENT</u>

Pursuant to the order of this Court entered on 4/12/2024 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the Defendant, Khalifa Hifter, and against the Plaintiffs, Aida Elzagally, Ayah Tunalli, Alaa Tunalli, Abdulhameed Tunali, Abdulrrauf Tunali, Muhammad Tunalli, Abduladeem Tunalli, Mais Ahmed Mayouf, and Abdulhameed Al-Harramah.

FERNANDO GALINDO, CLERK OF COURT

By:_____/s/_____
    Dani Zirk
    Deputy Clerk

Dated: 4/12/2024
Alexandria, Virginia