## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

|  |  |  |
|---|---|---|
| AIDA ELZAGALLY, et al. | ) | |
| Plaintiffs, | ) | |
| v. | ) | No.   1:19 cv 0853 (LMB/JFA) |
| HALIFA HIFTER | ) | |
| Defendant, | ) | |

### NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Aida Elzagally, Abdulhameed Tunalli, Ayah Tunalli, Alaa Tunalli, Abdulrrauf Tunalli, Muhammad Tunalli, Abduladeem Tunalli, Mais Ahmed Mayouf and Abdulhameed Al-Haramah, hereby appeal to the United States Court of Appeals for the Fourth Circuit from the final order [Dkt. No. #280] entered in this action on the 12th of April 2024 granting the Defendant's Motion for Summary Judgement.

Respectfully submitted,

*FMG*

May 7, 2024

Faisal Gill (VSB 93255)
Gill Law Firm
1717 Pennsylvania Ave Suite 1025
Washington DC 20006
fgill@glawoffice.com
310-418-6675

Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of May, 2024, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to counsel of record in this case:

*FMG*

Faisal Gill (VSB 93255)
Gill Law Firm
1717 Pennsylvania Ave Suite 1025
Washington DC 20006
fgill@glawoffice.com
310-418-6675

Counsel for Plaintiffs