IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| AIDA ELZAGALLY, et al., | : |
| Plaintiffs, | : |
| v. | : Civil Action No.: 1:19-cv-0853 (LMB/JFA) |
| KHALIFA HIFTER | : |
| Defendant. | : |

## DEFENDANT'S NOTICE OF APPEAL

Notice is hereby given that Defendant Khalifa Hifter ("Mr. Hifter") hereby appeals to the United States Court of Appeals for the Fourth Circuit from the final order [Dkt. No. 280] entered in this action on April 12, 2024 that portion of the final order denying Defendant's Motion for Summary Judgment in part.

Dated: May 10, 2024

Respectfully submitted,

KHALIFA HIFTER

By Counsel

/s/ Robert H. Cox
Robert H. Cox (VSB No. 33118)
Madison A. Beatty (VSB No. 98099)
BRIGLIA HUNDLEY, P.C.
1921 Gallows Road, Suite 750
Tysons Corner, Virginia 22182
(703) 883-0880 [telephone]
(703) 883-0899 [facsimile]
rcox@brigliahundley.com
mbeatty@brigliahundley.com

1

## **CERTIFICATE OF SERVICE**

      I certify that on May 10, 2024, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

                                                         /s/ Robert H. Cox
                                                        Robert H. Cox (VSB No. 33118)