FILED: June 5, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-1422 (L), No. 24-1429
(1:20-cv-00170-LMB-JFA)

MUNA AL-SUYID, individually and on behalf of the estates of her family members Abdel Salam al-Suyid, Ibrahim al-Suyid, Khalid al-Suyid and Mustafa al-Suyid; ABDALLA AL-KRSHINY, individually and on behalf of his family members Ali al-Krshiny and Mustafa al-Krshiny; AHMAD AL-KRSHINY, individually and on behalf of his family members Ali al-Krshiny and Mustafa al-Krshiny; MAHMUD AL-KRSHINY, individually and on behalf of his family members Ali al-Krshiny and Mustafa al-Krshiny; IBRAHIM AL-KRSHINY, individually and on behalf of his family members Ali al-Krshiny and Mustafa al-Krshiny,

    Plaintiffs – Appellants/Cross-Appellees,

v.

KHALIFA HIFTER,

    Defendant – Appellee/Cross-Appellant.

and

KHALID HIFTER; SADDAM HIFTER,

    Defendants.

No. 24-1423 (L), No. 24-1425
(1:20-cv-01038-LMB-JFA)

1

ALI ABDALLA HAMZA; SALIMAH ABDULLAH ABRAHE JIBREEL; NEHMA ABDALLA ALMAHDI HAMZA; ABDELHALIM ABDALLA MAHDI HAMZA,

        Plaintiffs – Appellants/Cross-Appellees,

v.

KHALIFA HIFTER,

        Defendant – Appellee/Cross-Appellant.

------

No. 24-1426 (L), No. 24-1427
(1:19-cv-00853-LMB-JFA)

------

AIDA ELZAGALLY, as the wife of Msaddek Tunalli, deceased; AYAH TUNALLI, as the daughter of Msaddek Tunalli, deceased; ALAA TUNALLI, as the daughter of Msaddek Tunalli, deceased; ABDULHAMEED TUNALLI, as the son of Msaddek Tunalli, deceased; ABDULRRAUF TUNALLI, as the son of Msaddek Tunalli, deceased; MUHAMMAD TUNALLI, as the son of Msaddek Tunalli, deceased; ABDULADEEM TUNALLI, as the son of Msaddek Tunalli, deceased; MAIS AHMED MAYOUF, as the daughter of Mufida Sasi Abu Gasiah, deceased; ABDULHAMEED AL-HARRAMAH, as the father of Ayman Al-Harramah, deceased,

        Plaintiffs – Appellants/Cross-Appellees,

v.

KHALIFA HIFTER,

        Defendant – Appellee/Cross-Appellant.

# J U D G M E N T

In accordance with the decision of this court, in Case No. 24-1422 and Case No. 24-1426, the judgments of the district court are reversed. In Case No. 24-1423, the judgment of the district court is vacated. These cases are remanded to the district court for further proceedings consistent with the court's decision.

In accordance with the decision of this court, in Case No. 24-1425, Case No. 24-1427, and Case No. 24-1429, these appeals are dismissed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ NWAMAKA ANOWI, CLERK